IN RE 1115 LEGAL SERVICE CARE.

September 11, 1987.

A petition for review of a decision of the Committee on Attorney Advertising having been filed by Richard Greenspan, Esquire, pursuant to *R.* 1:19–8, and the Court having considered the same,

It is hereupon ORDERED that the petition for review is granted.